IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES MONTAGUE )
)
v. ) NO. 3-10-0443
) JUDGE CAMPBELL
CORRECTIONS CORPORATION )
OF AMERICA, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 62), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss of Defendant Access Securepak (Docket No. 27) is GRANTED, and Plaintiff's claims against Defendant Access Securepak are DISMISSED.

This action is set for trial by contemporaneous Order.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE