UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES MONTAGUE           ]
    Plaintiff,          ]
                           ]
v.                         ]      No. 3:10-0443
                           ]      Judge Campbell
CORRECTIONS CORPORATION OF ]
AMERICA, et al.            ]
    Defendants.         ]

## O R D E R

In July, 2010, the prisoner plaintiff filed a Request for a Temporary Restraining Order (Docket Entry No. 29). Shortly thereafter, he filed an Amended Request for a Temporary Restraining Order (Docket Entry No. 47). In these requests, the plaintiff asks the Court to condemn certain cells at the South Central Correctional Center as unfit for human habitation. He further seeks an immediate repair of all housing units at the prison, the purchase of new food trays, and permission for Muslim inmates to pool their money to purchase certain religious foods.

The defendants have filed Responses (Docket Entry Nos. 37, 39 and 43) in opposition to the Requests for a Temporary Restraining Order.

Presently pending is a Report and Recommendation (Docket Entry No. 49) from the Magistrate Judge urging the Court to deny the plaintiff's Requests.[1] The plaintiff has filed no

---

[1] There is in the record a second Report and Recommendation (Docket Entry No. 54). This Report and Recommendation is identical to the Report and Recommendation currently at issue. It is clear, therefore, that the initial Report and Recommendation was mistakenly docketed twice.

objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the Report and Recommendation along with the record and finds that the Magistrate Judge's conclusion is well reasoned. Therefore, the Report and Recommendation is ADOPTED and APPROVED. The plaintiff's Requests for a Temporary Restraining Order (Docket Entry Nos. 29 and 47), along with his Motion for a Hearing (Docket Entry No. 33), are DENIED.

The plaintiff also filed two Motions for Default Judgment (Docket Entry Nos. 73 and 75) which were denied by the Clerk of Court (Docket Entry No. 83). Pending is plaintiff's Motion to Reconsider (Docket Entry No. 90) his previous requests for entry of default judgment.

The Court finds no merit in the plaintiff's Motion to Reconsider. Accordingly, this Motion is hereby DENIED.

It is so ORDERED.

_____
Todd Campbell
United States District Judge